FILED

FEB 1 7 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                      Criminal No. 2:15MJ8

JONATHON SCHRADER,
        Defendant.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because case involves (check all that apply):

|   |   |
|---|---|
|   | Crime of Violence (18 USC § 3156) |
|   | Maximum Sentence Life Imprisonment or Death |
|   | 10 + Year Drug Offense |
|   | Felony, with Two Prior Convictions in Above Categories |
| X | Serious Risk Defendant Will Flee |
| X | Serious Risk Obstruction of Justice |

1. **Reason for Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

| X | Defendant's Appearance is Required |
|---|---|
| X | Safety of Any Other Person and the Community |

1.  **Rebuttable Presumption.**   The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

|  | Probable Cause to Believe Defendant Committed a Crime of Violence for which a Maximum Term of Imprisonment of Ten Years or More is Prescribed |
|---|---|
|  | Probable Cause to Believe Defendant Committed 10 + Year Drug Offense or Firearms Offense (18 USC § 924(c)) |
|  | Previous Conviction for "Eligible" Offense Committed While on Pretrial Bond |

1.  **Time for Detention Hearing.**   The United States requests the court conduct the detention hearing

|  | At First Appearance |
|---|---|
| X | After Continuance of 3 days (not more than 3) |

1.  **Other Matters:**   _____

_____

**DATED** this 17th day of February, 2015.

/s/ Paul T. Camilletti
Paul T. Camilletti
Assistant United States Attorney